IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

VICTOR ALLEN MARTIN, )
 )
Petitioner, )
 )
vs. ) No. CIV-09-632-W
 )
MICHAEL ADDISON, Warden, )
 )
Respondent. )

## ORDER

On May 19, 2011, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this matter and recommended that the Petition for Writ of Habeas Corpus ("Petition") filed by petitioner Victor Allen Martin pursuant to title 28, section 2554 of the United States Code be denied. Petitioner Martin was advised of his right to object to the Report and Recommendation, but no objections have been filed within the allotted time.

In the absence of any objection, the Court accepts Magistrate Judge Roberts' suggested disposition of this matter and accordingly,

(1) ADOPTS the Report and Recommendation [Doc. 10] issued on May 19, 2011;

(2) DENIES Martin's Petition [Doc. 1] file-stamped June 16, 2009; and

(3) ORDERS that judgment in favor of respondent Michael Addison, Warden, issue forthwith.

ENTERED this 23rd day of June, 2011.

LEE R. WEST
UNITED STATES DISTRICT JUDGE